1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11    UNITED STATES OF AMERICA,                Case No.:  24cr613-CAB
12                                 Plaintiff,
13    v.                                       **ORDER ON MOTION FOR**
                                               **REDUCTION OF SENTENCE**
14    DOLORES GARIBAY-ARROYO (2),              **[DOC. NO. 169]**
15                                 Defendant.
16
17          Before the Court is defendant Dolores Garibay-Arroyo's third motion for reduction
18    of her sentence this time asserting that proposed amendments to the United States
19    Sentencing Guidelines ("USSG"), lowered her offense level and guideline range.[1] [Doc.
20    No. 169.]   In support of her motion, defendant attaches pages from a January 2025
21    publication proposing modifications to the USSG Drug Quantity Table, §2D1.1(c),
22    regarding methamphetamine quantities.  [Doc. No. 169, Ex. 2.]  The 2025 USSG Drug
23    Quantity table that went into effect on November 1, 2025, however, remains unchanged
24    from the 2024 USSG Drug Quantity Table applied at defendant's sentencing.  [Doc. No.
25    119, ¶43.]
26
27    _____

28    [1] Defendant also has a separate pending motion for compassionate release [Doc. Nos. 155, 164.]

1

24cr613-CAB

The Court previously denied defendant's motions for sentence reduction and the analysis remains unchanged. [Doc. Nos. 154, 160.] The defendant was sentenced on May 2, 2025, on two counts of Conspiracy to Distribute Controlled Substances and Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), 846. [Doc. No. 136.]

Defendant admitted in her plea agreement to possession of 40.51 kilograms of cocaine with the intent to distribute the controlled substance. [Doc. No. 97.] In calculating the defendant's guidelines at sentencing, the defendant's base offense level was determined to be 32 in accordance with USSG § 2D1.1 (c)(4) [at least 15 kilograms but less than 50 kilograms of cocaine]. [Doc. No. 128.] The base level for that quantity of cocaine is unchanged in the 2025 USSG Drug Quantity table that went into effect on November 1, 2025.

The defendant's sentence of 27 months custody incorporated all the adjustments and variances the Court found appropriate at sentencing. As explained in the Court's prior orders, there is no retroactive USSG amendment that reduces the defendant's guidelines and supports her request further adjustment to her sentence.

The defendant's motion to reduce her sentence is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: November 14, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

24cr613-CAB